ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendant*
*ReconTrust Company, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THELMA S. MADRIGAL,<br><br>                      Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., a foreign corporation; and DOES I through X and ROE CORPORATIONS XI through XX,<br><br>                      Defendants. | Case No.: 2:12-cv-00367-JCM-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an order granting Defendant Recontrust Company, N. A.'s ("Defendant") motion to dismiss [Dkt. 4] on June 6, 2012 [Dkt. 13].

Defendant requests that the *lis pendens* currently recorded against the subject property by plaintiff Thelma S. Madrigal ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a notice of *lis pendens* against the property located at 5371 Calgary Court, Las Vegas, Nevada 89118 (APN: 163-26-712-005) on February 13, 2012, as Instrument No. 201202130000421 in the real property records maintained by the Clark County Recorder ("*Lis Pendens*"). A copy of the *Lis Pendens* is attached hereto as **Exhibit A** and fully incorporated by reference.

/ / /

/ / /

/ / /

{24915130;1}                                                             1

UPON CONSIDERATION of Defendant's request to cancel the *Lis Pendens*, and good cause appearing therefore, the Court hereby grants defendant its requested relief and rules as follows:

1.  IT IS ORDERED, ADJUDGED, and DECREED that the *Lis Pendens* is hereby cancelled, released, and expunged.

2.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the *Lis Pendens* has the same effect as an expungement of the original *Lis Pendens*.

3.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant shall record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

*APPROVED:*

*UNITED STATES DISTRICT JUDGE*

*Dated:* August 30, 2012

Submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Allison R. Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendant*
*ReconTrust Company, N.A.*

{24915130;1}   2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of August, 2012 and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[Proposed] ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

JOHN PETER LEE, ESQ.
JAMES J. LEE, ESQ.
JOHN PETER LEE, LTD.
830 Las Vegas Boulevard South
Las Vegas, Nevada  89101

*Attorneys for Plaintiff*

    /s/ Judy Berry
An employee of AKERMAN SENTERFITT LLP

{24915130;1}                            3

# Exhibit A

Exhibit A



Inst #: 20120213-0000421
Fees: $19.00
N/C Fee: $0.00
02/13/2012 10:07:42 AM
Receipt #: 1064253
Requestor:
JOHN PETER LEE LTD
Recorded By: CDE   Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

# RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** 163-26-712-005

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

John Peter Lee, Ltd.

**Return to:**

Name   John Peter Lee, Ltd.

Address   830 Las Vegas Blvd

City/State/Zip   Las Vegas, Nevada  89101

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
02/10/2012 02:53:12 PM

*[signature]*

**CLERK OF THE COURT**

**NOLP**
JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
CARLENE STAR, ESQ.
Nevada Bar No. 000527
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950
Attorneys for Plaintiffs
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| THELMA S. MADRIGAL,<br><br>    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.,<br>a foreign corporation; and DOES I through<br>X and ROE CORPORATIONS XI through<br>XX,<br><br>    Defendants. | CASE NO.:  A-12-656211-C<br>DEPT NO.:  XXII<br><br><br><br>**NOTICE OF LIS PENDENS** |

2271.024401 - arb

    NOTICE IS HEREBY GIVEN that a Complaint implicating title has been filed in the above-entitled Court by the Plaintiff against the named Defendant, Recontrust Company, N.A.

    The property affected by this action is situated in Clark County, Nevada, and is commonly described as 5371 Calgary Court, Las Vegas, Nevada 89118, the full legal description being as follows:

. . .

. . .

. . .

. . .

. . .

Lot Five (5) of CHELSEA COURT, as shown by map thereof on file in Book 45 of Plats, Page 27, in the Office of the County Recorder of Clark County, Nevada.

APN # : 163-26-712-005

DATED this 10th of February, 2012.

                    JOHN PETER LEE, LTD.

BY: _/s/ Carlene Star_____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
CARLENE STAR, ESQ.
Nevada Bar No. 000527
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950